**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-24001-JAL

HOWARD MICHAEL CAPLAN,

Plaintiff,

vs.

MR. LIQUORS CORP., a Florida Profit Corporation d/b/a MR. LIQUORS CIGARS & LOUNGE and PEPE'S BAR & LIQUOR STORE #2, INC., a Florida Profit Corporation,

Defendants.
_________________________________/

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, MR. LIQUORS CORP. d/b/a MR. LIQUORS CIGARS & LOUNGE and PEPE'S BAR & LIQUOR STORE #2, INC. (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd.
Suite 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

By: *Luis Diz*
Luis Diz, Esq.
Florida Bar No. 412491
PENA GARCIA & DIZ, PLLC
2655 South Le Jeune Road
Suite 1011
Coral Gables, FL 33134
Telephone: (786) 361-4950
Facsimile: (786) 329-7225
Email: Ldiz@pgdlegal.com, mfigueras@pgdlegal.com, mzurbaran@pgdlegal.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.1:22-cv-24001-JAL

HOWARD MICHAEL CAPLAN,

Plaintiff,

vs.

MR. LIQUORS CORP., a Florida Profit Corporation d/b/a MR. LIQUORS CIGARS & LOUNGE and PEPE'S BAR & LIQUOR STORE #2, INC., a Florida Profit Corporation,

Defendant(s).
_________________________________/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN